Zautcke vs. North Milwaukee Townsite Co. No. 3.

---

ZAUTCKE, Respondent, vs. NORTH MILWAUKEE TOWNSITE COMPANY No. 3, Appellant.

*December 17, 1896 — January 12, 1897.*

*Negotiable instruments: When interest becomes due: Demand: Default.*

The fact that a note bearing interest payable semiannually was dated, executed, and delivered on a certain day fixes the date for the payment of instalments of interest at the end of every six months thereafter, and no demand was necessary to create a default.

APPEAL from an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Affirmed.*

This is an action to foreclose a mortgage upon real estate. The complaint alleges that the mortgage was given to secure payment of a promissory note executed, delivered, and bear-

Zautcke vs. North Milwaukee Townsite Co. No. 3.

ing date on the 26th of June, 1893, whereby the defendant promised to pay to the plaintiff's order the sum of $53,000 on or before five years from date thereof, with interest thereon at the rate of six per cent. per annum, *payable semi-annually*. The complaint further alleges default in the payment of the semiannual instalment of interest which fell due June 26, 1895; also that the plaintiff thereafter duly exercised an option contained in the mortgage by which he was empowered to declare the entire sum due. The complaint also contains the other usual and appropriate allegations in foreclosure actions, which, however, are not necessary to be stated. A general demurrer to the complaint was overruled, and the defendant appealed.

For the appellant there was a brief by *Timlin & Glicksman*, and oral argument by *W. H. Timlin*.

For the respondent there was a brief by *Wells, Brigham & Upham*, and oral argument by *W. E. Black*.

WINSLOW, J. The defect supposed to exist in this complaint is that the semiannual instalments of interest do not, by the terms of the note, become due on a day certain, and that a demand was necessary before a default took place. The point is manifestly not well taken. The note was *dated*, executed, and delivered on the 26th of June, and by its terms interest is payable semiannually. This fixes the date of payment at the end of every six months thereafter. An instalment of interest therefore was due June 26, 1895, and no demand was necessary to create a default.

*By the Court.*— Order affirmed.